450 A.2d 221

Commonwealth v. Hassell, Appellant.
Petition for Allowance of Appeal
Denied Dec. 6, 1982.

* President Judge John Q. Stranahan, of the Court of Common Pleas of Mercer County, Pennsylvania, is sitting by designation.

 Submitted March 1, 1982. Marc Welt Reuben, for appellant; Jane Culter Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Judgment of sentence affirmed.